```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GAVIN FINDERS, et al.,                     :     19 Civ. 11802 (ALC) (RWL)

                Plaintiffs,   :

                                        :

    - against -                                    :     **ORDER**

                                        :
BK 19 INC., et al.,                              :

                                        :
              Defendants.  :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The settlement conference currently scheduled as an in-person appearance on May 28, 2020 at 9:30 a.m. will be converted into a **telephonic conference** to take place at the same date and time.  The parties shall call the teleconference line at (888) 398-2342 and enter pass code 9543348.  The parties are further instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures.  As discussed during the pre-settlement conference, the parties are further directed to submit either their pre-conference submissions, along with their Attendance Acknowledgement Form (available in PDF fillable format as an attachment to the Settlement Conference Procedures), or a joint submission explaining why a settlement conference would be ineffective at this time no later than May 21, 2020 by 5:00 p.m.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2020
       New York, New York