```
                                          ┌─────────────────────────────┐
                                          │ USDC SDNY                   │
                                          │ DOCUMENT                    │
                                          │ ELECTRONICALLY FILED        │
                                          │ DOC #:_____     │
                                          │ DATE FILED: 8/11/2020       │
                                          └─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

GAVIN FINDERS, et al.,                    :        19 Civ. 11802 (ALC) (RWL)

                          Plaintiffs,     :

                                          :

          - against -                     :        **ORDER**

                                          :

BK 19 INC., et al.,                       :

                                          :

                          Defendants.  :

-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On June 17, 2020, the Court issued an order calling for Defendant BK 19 Inc. to retain counsel by July 15, 2020 or else be held in default. (Dkt. 51.) On July 15, 2020, the Court granted Defendant BK 19 Inc. a week's extension to appear by counsel in this action or else be held in default. (Dkt. 52.) As of the date of this order, no counsel has appeared for Defendant BK 19 Inc. By Friday, August 14, 2020, Defendant BK 19, Inc. must appear by counsel, as a corporate entity may not proceed pro se. If no counsel appears, Plaintiff may move for default against Defendant BK 19 Inc.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 11, 2020
        New York, New York