```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GAVIN FINDERS, et al.,                          :          19-CV-11802 (ALC) (RWL)

                Plaintiffs,    :
                               :
    - against -                                  :          **ORDER**
                               :
BK 19 INC., et al.,                             :
                               :
                Defendants.   :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during today's Case Management Conference, it is hereby ordered that:

1. By August 25, 2020, the Parties shall meet and confer and file a revised proposed scheduling order.

2. By August 25, 2020, Defendants BK 19 Inc. and Khorrami shall produce all responsive bank statements for the period of 2013 to the present that can be obtained upon making reasonable efforts to do so. To the extent the requisite bank records cannot be obtained, Defendants BK 19 Inc. and Khorrami shall provide to Plaintiff a letter explaining what statements could not be obtained, why they could not be obtained, and what needs to be done to obtain them.

3. Plaintiff's motion for default against Defendants BK 19 Inc. and Khourrami (Dkt. 54, 55) is denied without prejudice in light of the fact that counsel has appeared on their behalf.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 24, 2020
    New York, New York

2