```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GAVIN FINDERS, et al.,                           :
                                                 :    19-CV-11802 (ALC) (RWL)
                              Plaintiffs,        :
                                                 :
         - against -                             :    ORDER
                                                 :
BK 19 INC., et al.,                              :
                                                 :
                              Defendants.        :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the show cause hearing held on January 13, 2021, Defendants (other than Mr. Rabasco) shall produce all outstanding tax returns and bank records by January 27, 2021, no extensions. Sanctions may be imposed for failure to comply.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: January 13, 2021
       New York, New York

1