USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GAVIN FINDERS, et al.,

                        Plaintiffs,

    - against -

BK 19 INC., et al.,

                        Defendants.
-------------------------------------------------------------X

19-CV-11802 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    On February 18, 2021, Plaintiff filed a letter motion requesting terminating sanctions for Defendants' failure to comply with discovery. Pursuant to this Court's individual rules, a response, if any, was due by February 23, 2021. No response has been filed. Accordingly, Defendants shall file a response no later than March 1, 2021. In the absence of a response, the Court may issue sanctions, which may include entry of default judgment against Defendants.

                                                  SO ORDERED.

                                                  _____
                                                  ROBERT W. LEHRBURGER
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: February 24, 2021
       New York, New York

Copies transmitted this date to all counsel of record.