UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GAVIN FINDERS, et al.,

                    Plaintiffs,

    - against -

BK 19 INC., et al.,

                    Defendants.
------------------------------------------------------------X

19-CV-11802 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Orders as per transcript of conference held on March 29, 2021. Discovery extended until October 12, 2021. No further extensions absent extraordinary circumstances.

    SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 29, 2021
       New York, New York

Copies transmitted this date to all counsel of record.

1