USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GAVIN FINDERS, et al.,

                       Plaintiffs,

        - against -

BK 19 INC., et al.,

                      Defendants.
------------------------------------------------------------X

19-CV-11802 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As ordered during the conference held on June 15, 2021:

1. No later than June 22, 2021, Defendants shall file the affidavit regarding documents not produced previously required to by the Court at the conference held on March 29, 2021 (*see* Dkt. 80).

2. No later than June 22, 2021, Defendants shall file notice of Mr. Khorrami's bankruptcy.

3. As a sanction for vexatious conduct and failure to comply with discovery obligations and court orders, Defendants shall pay to Plaintiff Plaintiff's reasonable attorneys' fees and costs incurred in connection with Plaintiff's May 24, 2021 letter application and the conference held on June 15, 2021.  Defendants shall make such payment no later than 30 days after receipt of a statement of fees and costs presented by Plaintiff.

Additionally, no later than June 29, 2021, Defendants shall answer the Second Amended Complaint.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 15, 2021
       New York, New York

Copies transmitted this date to all counsel of record.