UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GAVIN FINDERS, et al.,

                Plaintiffs,

      - against -

BK 19 INC., et al.,

                Defendants.
-------------------------------------------------------------X

19-CV-11802 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

In light of the notice of bankruptcy filed on June 23, 2021, this case is stayed as to the individual defendant Khorrami. The parties shall meet and confer as to a schedule going forward for completion of fact discovery and expert discovery and shall jointly submit a proposed schedule no later than July 6, 2021. So that the Court may remain advised as to Mr. Khorrami's status, Mr. Khorrami shall file a letter on September 22, 2021, and every 90 days thereafter, regarding the status of his bankruptcy proceeding. Notwithstanding the foregoing, Mr. Khorrami shall file a letter no later than 10 days after his bankruptcy proceeding progresses to the point where the stay in this case with respect to him individually can be lifted.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: June 23, 2021
       New York, New York

Copies transmitted this date to all counsel of record.