```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GAVIN FINDERS, et al.,

                      Plaintiffs,

      - against -

BK 19 INC., et al.,

                    Defendants.
------------------------------------------------------------X

19-CV-11802 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has not received any response from Defendants to Plaintiff's letter dated August 8, 2021 at Dkt. 95. Accordingly, if Defendants wish to respond, they shall do so no later than August 20, 2021.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: August 18, 2021
       New York, New York

Copies transmitted this date to all counsel of record.