UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GAVIN FINDERS, et al.,

                          Plaintiffs,

        - against -

BK 19 INC., et al.,

                       Defendants.
-------------------------------------------------------------X

19-CV-11802 (ALC) (RWL)

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 1/18/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the discovery conference held on January 18, 2022, Defendants must comply with Plaintiff's discovery demands to Green Devil 22 Inc., BMS 1989, and BK 18 Inc. in their entirety and must complete production of all responsive documents by February 8, 2022.  This resolves the issues raised at Dkt. 102.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: January 18, 2022
        New York, New York

Copies transmitted this date to all counsel of record.