UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  1/25/2023
```

**FINDERS, ET AL.,**

                **Plaintiffs,**

       -against-

**BK 19 INC., ET AL.,**

                **Defendants.**

**19-cv-11802 (ALC)**

**Order**

**ANDREW L. CARTER, United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:    **January 25, 2023**
              **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**