UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FINDERS, ET AL.,

                **Plaintiffs,**

-against-

BK 19 INC., ET AL.,

                **Defendants.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/21/2023

19-cv-11802 (ALC)

<u>Order</u>

**ANDREW L. CARTER, United States District Judge:**

      On January 25, 2023, the Court issued an order of discontinuance following Plaintiffs' letter advising the Court that a settlement had been reached in this action. ECF No. 133. On February 18, 2023, Plaintiffs filed a letter addressed to Magistrate Judge Lehrburger requesting this case be re-opened due to a settlement dispute. ECF No. 134. The Court **ORDERS** that this action be re-opened. The Clerk of the Court is respectfully requested to reopen this case.

**SO ORDERED.**

Dated:    **February 21, 2023**
            **New York, New York**

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**