USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/17/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINDERS, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> BK 19 INC., *et al.*, <br><br> Defendants. | 19-CV-11802 <br><br> **ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:  **September 17, 2024**
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**