UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GAVIN FINDERS AND CLAIRE VILARD-FINDERS,** *Plaintiff* v. **BK 19 Inc., et al.** *Defendants* | 19-cv-11802 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up to the conference held on January 31, 2025, the Court GRANTS Plaintiff's motion to reopen the case for the limited purpose of entering motions for contempt, sanctions, and to seal and/or redact. Before any motions are filed, the Court ORDERS the Parties to file a joint status report on February 13, 2025 summarizing the status of settlement discussions. If discussions are not fruitful, the Parties should propose a briefing schedule in that same joint status report.

**SO ORDERED.**

**Dated:  February 3, 2025**
         New York, New York

*[signature]*

**ANDREW L. CARTER, JR.**
**United States District Judge**