UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FINDERS**, *et al.*,<br><br>             **Plaintiffs**,<br><br>          -against-<br><br>**BK 19 INC.**, *et al.*,<br><br>             **Defendants.** | **19-CV-11802**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:    **April 15, 2025**
          **New York, New York**

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**